State v. Stokes

STATE OF NORTH CAROLINA v. EARL DOUGLAS STOKES AND WAYNE EARL WATKINS

No. 7518SC181

(Filed 2 July 1975)

Criminal Law § 155.5— failure to docket record in apt time

Appeal is dismissed for failure to docket the record on appeal within 90 days after the date of the judgment appealed from, the time for docketing not having been extended by the court's order extending the time for serving the case on appeal. Court of Appeals Rule 5.

APPEAL by defendants from Rousseau, Judge. Judgments entered 17 October 1974, in Superior Court, GUILFORD County. Heard in the Court of Appeals 13 May 1975.

These cases were consolidated for trial. Both defendants were charged with armed robbery. Upon their pleas of not guilty, the jury returned verdicts of guilty as charged against both defendants. From judgments sentencing each of them to imprisonment for a term of not less than 25 nor more than 30

State v. McGaha

years, with credit to both defendants for 58 days spent in jail awaiting trial, defendants appealed.

*Attorney General Edmisten, by Associate Attorney David S. Crump, for the State.*

*Z. H. Howerton, Jr., for defendant appellants.*

MORRIS, Judge.

The judgments in this case were entered on 17 October 1974. The record on appeal was filed more than 90 days later, on 5 March 1975. The trial court granted motion of defendants' court appointed counsel for an extension of time to serve the case on appeal but no order was entered extending the time for docketing the record on appeal. "[A]n order extending the time within which to serve the case on appeal does not have the effect of extending the time to docket the appeal," *State v. Hopkins,* 24 N.C. App. 687, 688, 212 S.E. 2d 171, 172 (1975); and, in accordance with the practice of this Court, the defendants' appeal is dismissed for failure to comply with the rules of this Court. Rule 5, Rules of Practice in the Court of Appeals of North Carolina.

Appeal dismissed.

Chief Judge BROCK and Judge HEDRICK concur.